IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY HETLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>SIMM ASSOCIATES, INC.,<br><br>    Defendant.<br>_____/ | No. C 13-0498 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 12, 2013, default was entered as to defendant Simm Associates, Inc. The case management conference currently set for May 9, 2013, is hereby continued until July 11, 2013, at 10:00 a.m. in courtroom 3 of the above-captioned court, with the expectation that plaintiff will have moved for an entry of default judgment and such motion will have been heard in advance of that date.

IT IS SO ORDERED.

Dated: 5/6/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE