**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHIRLEY HETLAND,

           Plaintiff,

   v.

SIMM ASSCOICATES, INC.,

           Defendant.

_____/

No. C 13-0498 RS

**JUDGMENT**

     Pursuant to the order granting plaintiff's motion for default judgment, judgment is hereby entered in plaintiff's favor in the amount of $4,899, representing $500 in statutory damages, $4,049 in attorney fees, and $350 in costs.

     IT IS SO ORDERED.

Dated: 8/22/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE